*Joseph A. McCabe* and *John E. Mack* for appellant.
*Elijah T. Russell* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

GERFISH REALTY COMPANY, INC., Appellant, *v.* JAMES J. DOWD, Respondent.

(Submitted May 28, 1928; decided June 5, 1928.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 248 N. Y. 539.)

In the Matter of the Claim of LESTER L. ROBINSON, Appellant, against OSCAR J. MAYER, Respondent.

*Appeal — failure to file or serve undertaking or papers on appeal — motion to dismiss appeal granted.*

*Matter of Robinson* v. *Mayer*, 217 App. Div. 812, appeal dismissed. (Submitted May 28, 1928; decided June 5, 1928.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 23, 1926, reversing an award of the State Industrial Board made under the Workmen's Compensation Law, and dismissing the claim.

The motion was made upon the grounds that neither the required undertaking nor the papers on appeal had been filed or served and that an award has been granted claimant for the same injuries against a third party.

*Charles B. O'Connell* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.